1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

ROBERT RAMOS,

                Plaintiff,

    v.

CLIPPER SEAFOODS, LTD.,

                Defendant.

**Case No.** C07–0676RAJ

Minute Order Re: Settlement Conference

    This matter was referred by the Honorable Richard A. Jones for purposes of a Settlement Conference. The parties appeared with counsel and met with the court this date as directed. <u>The parties were unable to resolve the matter.</u> The file is therefore returned to Judge Richard Jones in anticipation of trial.

    Dated this 18th day of April 2008 and entered by Deputy Clerk <u>*Kelly Miller.*</u>

Order - 1